## McDONALD *v.* DIRECTOR OF PATUXENT INSTITUTION

[App. No. 58, September Term, 1964.]

*Decided November 16, 1964.*

Before HENDERSON, C. J., and HAMMOND, PRESCOTT, HORNEY, SYBERT and OPPENHEIMER, JJ.

PER CURIAM.

This application for leave to appeal from a determination of defective delinquency attacks the constitutionality of the Act on several grounds. His contentions are all answered by prior decisions of this Court. See *Eggleston v. State*, 209 Md. 504; *Meredith v. Director*, 226 Md. 653; *Simmons v. Director*, 227 Md. 661; *McDonogh v. Director*, 229 Md. 626; *Williams v. Director*, 232 Md. 632. *Robinson v. California*, 370 U. S. 660, relied on by the applicant is clearly distinguishable on the facts.

*Application denied.*